Case: 1:25-mj-00087
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/16/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Monday, May 5th, 2025, at approximately 12:52 PM, Officer Mervin Hellman and Sergeant Taariq Cephas were operating a marked police cruiser when they responded to a request to assist Detective C. Reynolds with a Fugitive From Justice warrant for Kemani Rhodes ("RHODES"). Detective Reynolds received information from the Prince Georges County Police Department ("PGPD") that a wanted subject was inside the Deanwood Recreation Center, located at 1350 49th St. NE, Washington, DC.



*Figure 1: Deanwood Recreation Center*

PGPD had surveillance units monitoring RHODES who they had observed wearing a black tank top, jeans, with blue underwear visible from the waist area, and carrying a gray in color book bag over his shoulders. MPD Officers entered the Deanwood Recreation Center and located RHODES, based on his physical description and clothing, in a community room.

RHODES attempted to flee from officers when they tried to apprehend him. When an officer took hold of RHODES's wrist, RHODES immediately tried to break free from the officer's grip and flee the community room.



*Figure 2: Officer takes RHODES's wrist*



*Figure 3: RHODES attempted flight*



*Figure 4: RHODES with backpack slung across his shoulder*

Several MPD officers had to restrain RHODES who was actively resisting arrest. RHODES continued to resist the officers even when he was in restraints and appeared to the officers to be reaching for something in his back pocket.



*Figure 5: RHODES in restraints*



**Figure 5: Officer carrying RHODES's gray backpack**

After successfully restraining RHODES, Officers placed RHODES in custody. As RHODES was being placed into custody, Detective Schneeberg took RHODES's book bag off his shoulders. The 6th District Dispatcher confirmed that RHODES had an extraditable warrant out of Prince Georges County Sheriff's Office issued on April 30, 2025.

Search incident to arrest revealed an AR Style Pistol inside of the backpack RHODES's had been carrying.



*Figure 6: Gun next to backpack*



*Figure 7: Image of Gun*



*Figure 8: Image of Magazine*



*Figure 9: Bullets in magazine*



*Figure 10: Image of all bullets recovered from magazine*

There were seventeen rounds of ammunition loaded into a thirty-round capacity. Review of law enforcement databases revealed that RHODES was not licensed to possess a firearm in the District of Columbia.  Upon a search incident to arrest, officers found a clear jar containing a wax-like substance that had a strong Marijuana odor found in RHODES's front right pocket.



*Figure 11: Jar of Marijuana smelling substance*

RHODES was transported to the Sixth District police station for processing. RHODES had a custodial interview where he was questioned for approximately two hours. First, a detective with PGPD questioned RHODES about the case for which he has an outstanding warrant. After

approximately an hour, two officers with PGPD questioned RHODES about his gun possession. Officers repeatedly informed RHODES that he was free to terminate the interview and cease answering questions from the officers. RHODES confirmed his understanding and continued to speak to officers. RHODES admitted to buying the firearm at issue from an individual once RHODES's house arrest had terminated. He admitted to paying approximately $500 or $600 for the gun and said that it was his first weapon in DC. He claimed to have purchased the firearm for self defense purposes.

A criminal history check showed RHODES was convicted in 2024 in Prince George's County Circuit Court in Case No. C-16-CR-23-002208 of illegal possession of a firearm for which he was sentenced to two years of incarceration, suspended all but ten months. A bench warrant was issued on April 30, 2025, for a violation of probation.

In 2023, RHODES was convicted in Charles County Circuit Court in Case No. C-08-CR-22-000477, of Wear, Carry, and Transporting Handgun on their person and illegal possession of ammunition for which he received concurrent sentences of one year incarceration, suspended all but 90 days.

Accordingly, RHODES would have been aware at the time he was possessing the firearm in this case that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Kemani Rhodes with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____
Officer Mervin Hellman, #3210
Metropolitan Police Department


Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 16, 2025.


_____
United States Magistrate Judge
G. Michael Harvey

8